**Order entered July 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00961-CV

### IN RE FORD MOTOR COMPANY, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10896**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real parties in interest and respondent file their responses to the petition for writ of mandamus, if any, on or before August 8, 2014.

/s/     DAVID LEWIS
          JUSTICE